**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 02-1971**

─────────

KESTER K. AKINFOLARIN,

                                        Petitioner,

        versus

JOHN ASHCROFT, Attorney General of the United
States,

                                        Respondent.

─────────

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A73-582-389)

─────────

Submitted:  June 17, 2003          Decided:  June 26, 2003

─────────

Before WIDENER, LUTTIG, and KING, Circuit Judges.

─────────

Petition denied by unpublished per curiam opinion.

─────────

Danielle L.C. Beach-Oswald, NOTO & OSWALD, P.C., Washington, D.C.,
for Petitioner.  Robert D. McCallum, Jr., Assistant Attorney
General, David V. Bernal, Assistant Director, Russell J.E. Verby,
Office of Immigration Litigation, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kester K. Akinfolarin, a native and citizen of Nigeria, seeks review of a decision of the Board of Immigration Appeals ("Board") affirming the Immigration Judge's ("IJ") order denying his motion to reopen. We review the denial of a motion to reopen for abuse of discretion. See 8 C.F.R. § 3.2(a) (2003); INS v. Doherty, 502 U.S. 314, 323-24 (1992); Stewart v. INS, 181 F.3d 587, 595 (4th Cir. 1999). A denial of a motion to reopen must be reviewed with extreme deference, since immigration statutes do not contemplate reopening and the applicable regulations disfavor motions to reopen. M.A. v. INS, 899 F.2d 304, 308 (4th Cir. 1990) (en banc). We have reviewed the administrative record, the Board's order and the IJ's decision and find no abuse of discretion.

We accordingly deny the petition for review. We grant the motion for leave to file two documents. We dispense with oral argument because the facts and legal arguments are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2